**MMP&S**

**MILBER MAKRIS PLOUSADIS & SEIDEN, LLP**
ATTORNEYS AT LAW
1000 Woodbury Road Suite 402 Woodbury, NY 11797
Telephone: 516.712.4000 Fax: 516.712.4013
HTTP://WWW.MILBERMAKRIS.COM

September 10, 2026

***VIA ELECTRONIC FILING***
The Hon. Katherine Polk Failla, U.S.D.J.
United States District Court,
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re: *The Travelers Indemnity Company v. Falls Lake National Insurance Company*
Docket No.: 1:26-cv-05515-KPF
Our File No.: 489CVR-35716

Dear District Judge Polk Failla:

This office was just retained to defend the Defendant, Falls Lake National Insurance Company (the "Defendant"), in the above-referenced litigation. We write to respectfully request that the time for the Defendant to answer, appear or otherwise move with respect to the Amended Complaint filed by Plaintiff be extended up to, and including, September 30, 2026. This is Defendant's first request for this relief and Plaintiff's counsel has consented.

In addition, the parties jointly request an adjournment of the Initial Pretrial Conference scheduled for this matter before Your Honor on September 15, 2026 at 11 a.m. until after Defendant has responded to Plaintiff's Amended Complaint. There have been no prior requests for an adjournment to this conference and the undersigned requires additional time to become familiar with the matter and the issues being litigated. Should the Court grant this request and schedule the Initial Pretrial Conference after Defendant has responded to the Amended Complaint, counsel have conferred and are available any date but for October 21-23 and October 27.

We thank the Court for its consideration of this matter.

Respectfully Submitted,

Sarah M. Ziolkowski

SMZ:lm
cc: ***VIA ECF***
Logan Carducci, Esq.
*Counsel for Plaintiff*

Application GRANTED. Defendant shall answer or otherwise respond to the Amended Complaint on or before **September 30, 2026.**

In addition, the Initial Pretrial Conference currently scheduled for September 15, 2026 is hereby ADJOURNED to **October 16, 2026**, at **12:00 p.m.** As before, the conference will be telephonic. At the scheduled date and time, the parties are to call (855) 244-8681 and enter access code 2315 780 7370.

The Clerk of Court is directed to terminate the pending motion at docket entry 11.

Dated: September 11, 2026
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE