# *USERY & ASSOCIATES*

LOGAN A. CARDUCCI, ESQ.
Admitted in CT, MA, SDNY & EDNY

**MAILING ADDRESS:**
**P.O. BOX 2996**
HARTFORD, CT 06104-2996

TELEPHONE: 917-778-6680
FACSIMILE: 844-571-3789

Direct Dial: 860-277-3891
Email: LCARDUCC@TRAVELERS.COM

October 15, 2026

**VIA ECF & EMAIL:**
Hon. Katherine Polk Failla
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 618
New York, New York 10007
Email: failla_nysdchambers@nysd.uscourts.gov

**MEMO ENDORSED**

**Re: The Travelers Indemnity Company v. Falls Lake National Insurance Company;**
Case Number: 1:26-cv-05515 (KPF)

Dear Judge Failla:

This firm represents the Plaintiff, The Travelers Indemnity Company ("Travelers"), in the above referenced matter. Travelers and the Defendant, Falls Lake National Insurance Company ("Falls Lake") (collectively the "Parties"), hereby jointly request that the Court adjourn the Initial Pretrial Conference currently scheduled for October 16, 2026. The Parties represent that they have mutually agreed upon a Case Management plan and do not have any specific issues they wish to raise before the Court at the Initial Pretrial Conference. Accordingly, the Parties request that the Court adjourn the conference and allow the Parties to proceed directly to discovery.

Thank you in advance for Your Honor's attention and consideration.

Respectfully,

*/s/ Logan A. Carducci*

Logan A. Carducci

cc: Sarah Ziolkowski, Counsel for Falls Lake (via ECF)

Application GRANTED. The initial pretrial conference currently scheduled for October 16, 2026, is hereby ADJOURNED *sine die*. The parties shall proceed directly to discovery, as outlined in their Case Management Plan. (Dkt. #17).

The Clerk of Court is directed to terminate the pending motion at docket entry 18.

Dated: October 16, 2026
New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE